Pro Se 5 (Rev. 12/16) Complaint for a Civil Case Alleging Negligence

# UNITED STATES DISTRICT COURT
### for the
Middle District of Florida

Jacksonville Division

| | |
|---|---|
| Linwood L. Rivera Sr. | Case No. 3:24-cv-640-MMH-JBT |
| *Plaintiff(s)* | *(to be filled in by the Clerk's Office)* |
| *(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | Jury Trial: *(check one)*  ☐ Yes  ☐ No |
| -v- | |
| The City of Jacksonville (Duval County) | |
| *Defendant(s)* | |
| *(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | |

## COMPLAINT FOR A CIVIL CASE ALLEGING NEGLIGENCE
### (28 U.S.C. § 1332; Diversity of Citizenship)

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Linwood L. Rivera Sr. |
| Street Address | 8000 Bay meadows Cir. E. Apt. 106 |
| City and County | Jacksonville (Duval County) |
| State and Zip Code | 32256  Florida |
| Telephone Number | 757-289-7805 |
| E-mail Address | Riveralinwood7@gmail.com |

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Page 1 of 5

Pro Se 5 (Rev. 12/16) Complaint for a Civil Case Alleging Negligence

Defendant No. 1

Name                              The City of Jacksonville (Duval County)
Job or Title *(if known)*         Sherriffs office
Street Address                    501 E. Bay,
City and County                   Jacksonville
State and Zip Code                Florida  32202
Telephone Number                  904-630-2120
E-mail Address *(if known)*

Defendant No. 2

Name                              Unkown Name of Police office #1
Job or Title *(if known)*         Police officer
Street Address                    501 E. Bay
City and County                   Jacksonville
State and Zip Code                Florida 32202
Telephone Number                  904-630-2120
E-mail Address *(if known)*

Defendant No. 3

Name                              Unknown Name of Police officer #2
Job or Title *(if known)*         Police officer
Street Address                    501 E. Bay
City and County                   Jacksonville
State and Zip Code                Florida, 32202
Telephone Number                  904-630-2120
E-mail Address *(if known)*

Defendant No. 4

Name
Job or Title *(if known)*
Street Address
City and County
State and Zip Code
Telephone Number
E-mail Address *(if known)*

Pro Se 5 (Rev. 12/16) Complaint for a Civil Case Alleging Negligence

## II.      Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Under 28 U.S.C. § 1332, federal courts may hear cases in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000.  In that kind of case, called a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.  Explain how these jurisdictional requirements have been met.

### A.      The Plaintiff(s)

1.      If the plaintiff is an individual

The plaintiff, *(name)* Linwood L. Rivera Sr. , is a citizen of the State of *(name)* Florida .

2.      If the plaintiff is a corporation

The plaintiff, *(name)* _____ , is incorporated under the laws of the State of *(name)* _____ ,

and has its principal place of business in the State of *(name)*

_____ .

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

### B.      The Defendant(s)

1.      If the defendant is an individual

The defendant, *(name)* Unkown police officer #1,#2 , is a citizen of the State of *(name)* Florida . Or is a citizen of

*(foreign nation)* _____ .

2.      If the defendant is a corporation

The defendant, *(name)* The City of Jacksonville (duval Canty) is incorporated under the laws of the State of *(name)* Florida , and has its

principal place of business in the State of *(name)* Florida .

Or is incorporated under the laws of *(foreign nation)* _____ ,

and has its principal place of business in *(name)* _____ .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

### C.      The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

Pro Se 5 (Rev. 12/16) Complaint for a Civil Case Alleging Negligence

$250,000.00 (USD)

## III.    Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

On *(date)* 08/27/23 , at *(place)* My apartment, 7816 Southside blvd Apt 145.
the defendant(s): (1) performed acts that a person of ordinary prudence in the same or similar circumstances would not have done; or (2) failed to perform acts that a person of ordinary prudence would have done under the same or similar circumstances because *(describe the acts or failures to act and why they were negligent)*

The defendants Misused legal Tactics, Abuse of Power, Unlawful Arrest Malicious Prosecution, Prevented the Plaintiff from excercising Constitutional Rights, Placed Plainfiff in Cruel and Unusual circumstance without legal Due Process. and Negligence for failure to protect, failure to prevent on to not cause Constitutional Torts, intentional Emotional Distress

The acts or omissions caused or contributed to the cause of the plaintiff's injuries by *(explain)*

The Plaintiff asserts that the Torts and Neglectful and Careless acts where and is the Proximate Cause for the Plaintiff's Pains, Sufferings, and loss.    See attachment ⟶

## IV.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

The Plaintiff seeks relief in the for of $250,000.00(USD) for the misuse of legal Tactics, Abuse of Power, Unlawful Arrest, Malicious Prosecution, Costitution Violation and Cruel and Unusual Punishment, $250,000.00(USD) for the gross negligence, failure to Protect and/or prevent an attack on his person, intentional Emotional Distress and $25,000.00(USD) in Punitive To deter these types of attacks by Public figures. The Plaintiff is entitled as a matter of law and has "Legal Precedent" to show the Plaintiff's entitlement.

Page 4 of 5

Statement of Claims

1. On the date of 08/27/2023, the defendants contacted me by way of an investigation they were conducting. They knocked on my door I came out to help cure the suspension that is done anything wrong. After giving them a statement I quoted federal as well as state laws that would give me a right to act and still be protected under law. I let them know that I acted within the means of the "U.S. Constitution" exercising my right to consortiums.

2. The defendants had a duty to protect and serve, they have a duty to uphold the U.S. Constitution and prevent the people from any torts committed upon them. The defendants actions were intentional, neglectful, careless and in disregard to the Plaintiff's "Civil Rights".

3. The defendants began to misuse legal tactics as a ploy. Because I did not submit to their authority, they took it as a challenge and instead of respecting the laws and applying them where applicable they decided to become combative. They began to operate in a capacity that they had no authority, they began to operate as arbitrators and chose to do what they deemed. Which was a clear use of "Abuse of Power".

4. I requested a supervisor, and the supervisor allowed them to continue the torts, even after I had enlightened him on what was going on and assured him that I was not doing anything to break the law. That I know I will not prosecute because their Arresting me was only out of Malice and Retaliation. While we were waiting for the police to figure out who could get my daughter because I was her only parent in Florida and we are from Virginia, I had no other family here who would be able to take her for me.

5. The officers allowed her to try and kick in my front door; I had a roommate who said she could not be responsible for her. So, they carelessly, neglectfully, and intentionally allowed the child to rip through my patio, they allowed her to break in my back door where they also entered with her, unlawfully. When my roommate caught them, they threatened her with going to jail.

6. They allowed the child to threaten her, to verbally insult and even threaten kill my roommate. The officers allowed her to kick my car, they allowed her to kick and scream at my door for hours. After having to watch the intentional wrongs and careless acts for about an hour, I was then taken to jail against my will where I was then "Intrusively Searched" (Strip searches involving the visual inspection of the anal and genital areas [are] demeaning, dehumanizing, undignified, humiliating, terrifying, unpleasant, embarrassing, repulsive, signifying degradation, and submission.).

7. Because of the Officers misuse of legal tactic, the city pressed the charge and continued to conduct the torts and wrongful acts, they were careless in not conducting the proper investigation to assure that the torts did not occur. Not only was it negligence on the city, but the officers also intentionally committed, knowingly and as an abuse of power. They felt belittled because I expressed my knowledge of the law. I did not attempt to insult,

nor did I have an aggressive manner, however where a law is applicable it must be applied.

8.They miss used legal tactics. The process was legal however the process was unlawful as a matter of law. I was charged with child abuse without bodily harm, Unlawfully, hence the dismissal of the charge. Even though they would never admit to their wrongs, they gave me no explanation, they didn't even take me to court to dismiss the charges they did it through the court appointed attorney. She called me at home and said they'd dismissed the charges. I attempted to exhaust remedies through her but she said she wouldn't because she was only there to represent me in a criminal case.

9. However my name is already stained by the slanderous remarks, whenever I get background check for jobs I have been denied because it shows up on my reports, I have been defamed, loss of f earning capacity, loss earning, the pain and suffering of the entire incident from beginning and still current, being subjected to the Cruel and Unusual punishment, the mental anguish, the emotional distress, the intentional distress, they prevented me from teaching, guiding and protecting my daughter even if it were from herself.  All at the fault of the defendants.

Pro Se 5 (Rev. 12/16) Complaint for a Civil Case Alleging Negligence

## V.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    06/20/2024

Signature of Plaintiff

Printed Name of Plaintiff    Linwood L. Rivera

### B.    For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address